FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM INSURANCE COMPANY, as subrogee for Ted Kaiser,<br><br>                Plaintiff,<br><br>   v.<br><br>QVC, INC., a foreign corporation, IC MARKS, INC., a foreign corporation, PICK FIVE IMPORTS, INC., a foreign corporation,<br><br>                Defendants. | No. 1:22-CV-03201-MKD<br><br>ORDER DIMISSING CASE WITH PREJUDICE<br><br>**ECF No. 25** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 25. The parties jointly move the Court for an order dismissing with prejudice all claims against all Defendants, with each party bearing its own costs and fees. ECF No. 25 at 1-2. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court grants Plaintiff's motion and dismisses the action with prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal, **ECF No. 25**, is **GRANTED.**

2. This action shall be **DISMISSED with prejudice**, with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot.**

4. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

**DATED** May 24, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE